# Exhibit 3

Method Claim: 1

| US10055123 | Potensic Atom ("The accused product") |
|---|---|
| 1. A method for changing information via a target communication device by performing a specific interaction, the information originating from a user of a mobile device, the method comprising: | The accused product discloses a method for changing information (e.g., latest flight log information, etc.) via a target communication device (e.g., the accused product) by performing a specific interaction (e.g., e.g., defining waypoints, following waypoints path, etc.), the information (e.g., flight log information, etc.) originating from a user (e.g., an owner of the accused product) of a mobile device (e.g., a mobile device with Potensic Pro app installed).<br><br>As shown below, the accused product allows a user to control it via a remote controller with Potensic Pro app. A waypoint is defined as a location on a map specified by a user to determine the flight path of the drone. The user can create waypoints through the Potensic Pro application by selecting desired positions on the map. The accused product follows the defined flight path, and its log information is updated at cloud via Potensic Pro app.<br><br><br>https://www.potensic.com/atom.html |

# Ultra-compact, Ultra-stable

ATOM is a lightweight (< 249 g) yet powerful drone, capturing stunning 4K video and 12MP stills with its stabilized 3-axis gimbal camera. It offers ultra-smooth footage, a 32-min battery life, a 6 km transmission range, and advanced intelligent flying features, making it ideal for both aerial photos and videos.




| | | |
|---|---|---|
| < 249 g / 0.55 lbs | 32-Minute Max Flight Time | Max 6 km Control Range |
| 4K 3-Axis Gimbal Camera | Ultra-Precise GNSS Positioning | QuickShots |

https://www.potensic.com/atom.html

## » 5.1 Overview

Potensic ATOM is equipped with the DSRC02A remote controller, which boasts Potensic long-range **PixSync™ 3.0** video transmission technology, offering a maximum transmission range of 6km/19,685ft and 720p when displaying video from the drone to PotensicPro App on your mobile device. Easily control the drone and camera using the onboard buttons. The detachable control sticks make the remote controller easier to store. Thanks to the 2.4Ghz dual band antenna, in a wide-open area with no electromagnetic interference, **PixSync™ 3.0** smoothly transmits video feed at up to 720p at a max altitude of 120m.

https://www.bhphotovideo.com/lit_files/1197282.pdf



https://www.youtube.com/watch?v=9DHGZSjl5LE

The Potensic ATOM drone offers an exciting array of **Intelligent Flight Modes**, including QuickShots, Visual Tracking, and Waypoint Flight. These modes allow you to capture cinematic footage with ease, making your flying experience more fun and professional. In this guide, we'll walk you through each intelligent flight mode and how to use them to get the best results.

https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes

# Waypoint Flight

Waypoint Flight mode lets you create a flight path by selecting 2-30 waypoints on a map, allowing the drone to fly autonomously along the planned route.

**How to Use Waypoint Flight:**

1. Tap the map icon in the flight interface to open the map.
2. Tap the waypoint icon to enter Waypoint Flight mode.
3. Pin 2-30 waypoints on the map, ensuring the path is clear of obstacles.
4. After confirming the route, tap **GO** to start the mission.

https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes

# Smarter Flying with the New Waypoint Feature

This latest firmware update for the **Potensic ATOM 2 drone** introduces a major new capability designed to elevate your aerial photography experience — **Waypoint.**

With the Waypoint feature, pilots can plan precise flight routes directly in the **Potensic Eve app** by setting multiple waypoints on the map. Once activated, ATOM 2 will automatically follow the preset path, maintaining stable altitude, speed, and camera movement throughout the flight. This significantly reduces manual control effort while delivering smooth, professional-looking footage — even for beginner pilots.

https://store.potensic.com/blogs/news/atom-2-wayponit-flight?srsltid=AfmBOorFVi5M9F5_moOryz4knokF2Q_VqmkwjX3wr34bPoFjAus68OA9

As shown below, the user defines the waypoint on the map through the Potensic Pro app, and the remote controller sends the waypoint data to the accused product.



The drone will fly in sequence according to the waypoints, and once the mission is completed, it will hover at the last waypoint.

https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes

### 7.7.3 Waypoint Flight

| | |
|---|---|
| **Description** | When Waypoint Flight is enabled, you can pin 2 or more waypoint coordinates in App map, and the drone will fly over the corresponding waypoints sequentially. |
| | When the GPS signal is strong, tap the map in the lower left corner of the App to switch to map, then tap ⟳ on the right to enter Waypoint Flight mode, tap on the map to pin multiple waypoints, after that tap (GO) to start Waypoint Flight. |

*Source: Potensic Atom user manual*

| | | **How to Start** |  |
| | | | You can preset 2 to 30 waypoints on the map and the figure in the icon indicates the flight sequence. |
| | | | Meanwhile, you can delete certain waypoint, save the current Waypoint Flight task, or choose from the saved Waypoint Flight tasks. |
| | | *Source: Potensic Atom user manual* | |

| | |
|---|---|
| | **» 4.6 Flight Data**<br><br>ATOM will record automatically the flight data and you can access it in the App.<br>Flight record displays the basic data for each flight.<br>Flight log records the detailed data of each flight. If you encounter any issue during the flight, you can report it in the App and upload the flight log if necessary to seek for assistance.<br><br>⚠ • **All flight data is stored on your mobile device, and the company will not obtain any of your flight data unless you voluntarily upload it to the cloud seeking for assistance.**<br><br>*Source: Potensic Atom user manual* |
| searching, by the mobile device, for the target communication device among at least one communication device based on a distance between the at least one communication device and the mobile device; | The accused product discloses searching, by the mobile device (e.g., a mobile device with Potensic Pro app installed), for the target communication device (e.g., the accused product) among at least one communication device (e.g., the accused product) based on a distance (e.g., distance between the mobile device and the accused product) between the at least one communication device (e.g., the accused product) and the mobile device (e.g., a mobile device with Potensic Pro app installed).<br><br>As shown below, the mobile device searches for the accused product (e.g., target communication device) within a predefined range of 1m (e.g., distance) during the pairing process to establish a connection.<br><br>**8.5.2 Drone Re-paring Procedure**<br><br>1. Turn on the remote controller, and connect the mobile device, tap Settings in the App, select "Calibration", tap "Re-paring the drone" to re-pair.<br><br>2. Power on the drone and long press the power button till the drone status indicators flash green, the drone is ready to pairing.<br><br>3. Wait for about 7s, the paring succeeds when the controller beeps "Di", then you can view the live transmission on the App interface. |

https://www.bhphotovideo.com/lit_files/1197282.pdf

**distance**

 • Make sure the distance between the remote controller and the drone is within 1m (3.3ft) and away from other 2.4G frequency interference during the frequency pairing process.

• If the pairing has failed, please check if there is any interference from the current location, if any other drones are under pairing, or if the distance is too far between the remote controller and the drone or any blocks between them. If none of the above, please try the pairing procedures again.

• Do not move or operate the drone and controller during the frequency pairing process.

https://www.bhphotovideo.com/lit_files/1197282.pdf



https://www.youtube.com/watch?v=9DHGZSjl5LE

| establishing, by the mobile device, a communication channel with the target communication device, in response to detection of a | The accused product discloses establishing, by the mobile device (e.g., a mobile device with Potensic Pro app installed), a communication channel (e.g., a wireless link) with the target communication device (e.g., the accused product), in response to detection of a specified touch gesture (e.g., tapping 'Go' icon) associated with the mobile device (e.g., a mobile device with Potensic Pro app installed).<br><br>As shown below, when a user taps the 'GO' icon (e.g., touch gesture detected on the first communication device) on the remote controller with Potensic Pro app, the accused product |
|---|---|

| specified touch gesture associated with the mobile device; | receives the user defined waypoints and automatically adjusts the flight path.

The Potensic ATOM drone offers an exciting array of **Intelligent Flight Modes**, including QuickShots, Visual Tracking, and Waypoint Flight. These modes allow you to capture cinematic footage with ease, making your flying experience more fun and professional. In this guide, we'll walk you through each intelligent flight mode and how to use them to get the best results.

https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes

## Waypoint Flight

Waypoint Flight mode lets you create a flight path by selecting 2-30 waypoints on a map, allowing the drone to fly autonomously along the planned route.

**How to Use Waypoint Flight:**

1. Tap the map icon in the flight interface to open the map.
2. Tap the waypoint icon to enter Waypoint Flight mode.
3. Pin 2-30 waypoints on the map, ensuring the path is clear of obstacles.
4. After confirming the route, tap **GO** to start the mission.

https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes |

## Smarter Flying with the New Waypoint Feature

This latest firmware update for the **Potensic ATOM 2 drone** introduces a major new capability designed to elevate your aerial photography experience — **Waypoint.**

With the Waypoint feature, pilots can plan precise flight routes directly in the **Potensic Eve app** by setting multiple waypoints on the map. Once activated, ATOM 2 will automatically follow the preset path, maintaining stable altitude, speed, and camera movement throughout the flight. This significantly reduces manual control effort while delivering smooth, professional-looking footage — even for beginner pilots.

https://store.potensic.com/blogs/news/atom-2-wayponit-flight?srsltid=AfmBOorFVi5M9F5_moOryz4knokF2Q_VqmkwjX3wr34bPoFjAus68OA9

As shown below, when a user taps the 'GO' icon (e.g., touch gesture detected on the first communication device) on the remote controller with Potensic Pro app, the accused product receives the user defined waypoints and automatically update its flight path.



The drone will fly in sequence according to the waypoints, and once the mission is completed, it will hover at the last waypoint.

https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes

| | |
|---|---|
| receiving, by the mobile device, data related to the specific interaction from the target communication device; | The accused product discloses receiving, by the mobile device (e.g., a mobile device with Potensic Pro app installed), data related to the specific interaction (e.g., e.g., defining waypoints, following waypoints path, etc.) from the target communication device (e.g., the accused product).<br><br>As shown below, the mobile device receives data such as waypoint path, distance, etc., from the accused product for the adjusting the flight path. |

The Potensic ATOM drone offers an exciting array of **Intelligent Flight Modes**, including QuickShots, Visual Tracking, and Waypoint Flight. These modes allow you to capture cinematic footage with ease, making your flying experience more fun and professional. In this guide, we'll walk you through each intelligent flight mode and how to use them to get the best results.

https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes

# Waypoint Flight

Waypoint Flight mode lets you create a flight path by selecting 2-30 waypoints on a map, allowing the drone to fly autonomously along the planned route.

**How to Use Waypoint Flight:**

1. Tap the map icon in the flight interface to open the map.
2. Tap the waypoint icon to enter Waypoint Flight mode.
3. Pin 2-30 waypoints on the map, ensuring the path is clear of obstacles.
4. After confirming the route, tap **GO** to start the mission.

https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes

## Smarter Flying with the New Waypoint Feature

This latest firmware update for the **Potensic ATOM 2 drone** introduces a major new capability designed to elevate your aerial photography experience — **Waypoint.**

With the Waypoint feature, pilots can plan precise flight routes directly in the **Potensic Eve app** by setting multiple waypoints on the map. Once activated, ATOM 2 will automatically follow the preset path, maintaining stable altitude, speed, and camera movement throughout the flight. This significantly reduces manual control effort while delivering smooth, professional-looking footage — even for beginner pilots.

https://store.potensic.com/blogs/news/atom-2-wayponit-flight?srsltid=AfmBOorFVi5M9F5_moOryz4knokF2Q_VqmkwjX3wr34bPoFjAus68OA9

### 7.7.3 Waypoint Flight

| Description | When Waypoint Flight is enabled, you can pin 2 or more waypoint coordinates in App map, and the drone will fly over the corresponding waypoints sequentially. |
|---|---|
| | When the GPS signal is strong, tap the map in the lower left corner of the App to switch to map, then tap 🛰 on the right to enter Waypoint Flight mode, tap on the map to pin multiple waypoints, after that tap 🟢 to start Waypoint Flight.<br><br> |

*Source: Potensic Atom user manual*

| transmitting, by the mobile device, the data related to the specific interaction to a | The accused product discloses transmitting, by the mobile device (e.g., a mobile device with Potensic Pro app installed), the data related to the specific interaction (e.g., e.g., defining waypoints, following waypoints path, etc.) to a server (e.g., a remote Potensic server).<br><br>As shown below, the mobile device receives data such as waypoint path, distance, etc., from |
|---|---|

| server; and | the accused product. Further, the mobile device transmits the waypoint path, tracking path, etc., to a server for further processing. |
|---|---|
|  | **≫ 4.6 Flight Data**<br>ATOM will record automatically the flight data and you can access it in the App.<br>Flight record displays the basic data for each flight.<br>Flight log records the detailed data of each flight. If you encounter any issue during the flight, you can report it in the App and upload the flight log if necessary to seek for assistance.<br><br>⚠ • All flight data is stored on your mobile device, and the company will not obtain any of your flight data unless you voluntarily upload it to the cloud seeking for assistance.<br><br>*Source: Potensic Atom user manual*<br><br>The Potensic ATOM drone offers an exciting array of **Intelligent Flight Modes**, including QuickShots, Visual Tracking, and Waypoint Flight. These modes allow you to capture cinematic footage with ease, making your flying experience more fun and professional. In this guide, we'll walk you through each intelligent flight mode and how to use them to get the best results.<br><br>https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes |

# Waypoint Flight

Waypoint Flight mode lets you create a flight path by selecting 2-30 waypoints on a map, allowing the drone to fly autonomously along the planned route.

**How to Use Waypoint Flight:**

1. Tap the map icon in the flight interface to open the map.
2. Tap the waypoint icon to enter Waypoint Flight mode.
3. Pin 2-30 waypoints on the map, ensuring the path is clear of obstacles.
4. After confirming the route, tap **GO** to start the mission.

https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes

# Smarter Flying with the New Waypoint Feature

This latest firmware update for the **Potensic ATOM 2 drone** introduces a major new capability designed to elevate your aerial photography experience — **Waypoint.**

With the Waypoint feature, pilots can plan precise flight routes directly in the **Potensic Eve app** by setting multiple waypoints on the map. Once activated, ATOM 2 will automatically follow the preset path, maintaining stable altitude, speed, and camera movement throughout the flight. This significantly reduces manual control effort while delivering smooth, professional-looking footage — even for beginner pilots.

https://store.potensic.com/blogs/news/atom-2-wayponit-flight?srsltid=AfmBOorFVi5M9F5_moOryz4knokF2Q_VqmkwjX3wr34bPoFjAus68OA9

## 7.7.3 Waypoint Flight

| Description | When Waypoint Flight is enabled, you can pin 2 or more waypoint coordinates in App map, and the drone will fly over the corresponding waypoints sequentially. |
|---|---|
|  | When the GPS signal is strong, tap the map in the lower left corner of the App to switch to map, then tap ⬦ on the right to enter Waypoint Flight mode, tap on the map to pin multiple waypoints, after that tap 🟢 to start Waypoint Flight. |

*Source: Potensic Atom user manual*



The drone will fly in sequence according to the waypoints, and once the mission is completed, it will hover at the last waypoint.

https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes

| permitting the server to update the information originating from the user of the mobile device stored in the server or a storage device associated with the | The accused product discloses permitting the server (e.g., remote Potensic server) to update the information (e.g., flight log, flight track, etc.) originating from the user (e.g., an owner of the accused product) of the mobile device (e.g., a mobile device with Potensic Pro app installed) stored in the server (e.g., remote Potensic server) or a storage device associated with the server based on the data related to the specific interaction (e.g., e.g., defining waypoints, following waypoints path, etc.). As shown below, the mobile device receives data such as waypoint track path from the accused product. Further, the mobile device transmits the flight tracking and path to a server |

| | |
|---|---|
| server based on the data related to the specific interaction, wherein | for further processing. The server uses the transmitted data to update user-related information such as latest flight log information.<br><br><br><br>https://www.youtube.com/watch?v=9DHGZSjl5LE<br><br>The Potensic ATOM drone offers an exciting array of **Intelligent Flight Modes**, including QuickShots, Visual Tracking, and Waypoint Flight. These modes allow you to capture cinematic footage with ease, making your flying experience more fun and professional. In this guide, we'll walk you through each intelligent flight mode and how to use them to get the best results.<br><br>https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes |

# Waypoint Flight

Waypoint Flight mode lets you create a flight path by selecting 2-30 waypoints on a map, allowing the drone to fly autonomously along the planned route.

**How to Use Waypoint Flight:**

1. Tap the map icon in the flight interface to open the map.
2. Tap the waypoint icon to enter Waypoint Flight mode.
3. Pin 2-30 waypoints on the map, ensuring the path is clear of obstacles.
4. After confirming the route, tap **GO** to start the mission.

https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes

# Smarter Flying with the New Waypoint Feature

This latest firmware update for the **Potensic ATOM 2 drone** introduces a major new capability designed to elevate your aerial photography experience — **Waypoint.**

With the Waypoint feature, pilots can plan precise flight routes directly in the **Potensic Eve app** by setting multiple waypoints on the map. Once activated, ATOM 2 will automatically follow the preset path, maintaining stable altitude, speed, and camera movement throughout the flight. This significantly reduces manual control effort while delivering smooth, professional-looking footage — even for beginner pilots.

https://store.potensic.com/blogs/news/atom-2-wayponit-flight?srsltid=AfmBOorFVi5M9F5_moOryz4knokF2Q_VqmkwjX3wr34bPoFjAus68OA9



a communication device

The drone will fly in sequence according to the waypoints, and once the mission is completed, it will hover at the last waypoint.

https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes

### 7.7.3 Waypoint Flight

| Description | When Waypoint Flight is enabled, you can pin 2 or more waypoint coordinates in App map, and the drone will fly over the corresponding waypoints sequentially. |
|---|---|
| | When the GPS signal is strong, tap the map in the lower left corner of the App to switch to map, then tap ⬡ on the right to enter Waypoint Flight mode, tap on the map to pin multiple waypoints, after that tap ⬡ to start Waypoint Flight. |

*Source: Potensic Atom user manual*

| **How to Start** |  |
| | You can preset 2 to 30 waypoints on the map and the figure in the icon indicates the flight sequence. |
| | Meanwhile, you can delete certain waypoint, save the current Waypoint Flight task, or choose from the saved Waypoint Flight tasks. |
| | *Source: Potensic Atom user manual* |

| | |
|---|---|
| | **» 4.6 Flight Data**<br><br>ATOM will record automatically the flight data and you can access it in the App.<br>Flight record displays the basic data for each flight.<br>Flight log records the detailed data of each flight. If you encounter any issue during the flight, you can report it in the App and upload the flight log if necessary to seek for assistance.<br><br>⚠ • **All flight data is stored on your mobile device, and the company will not obtain any of your flight data unless you voluntarily upload it to the cloud seeking for assistance.**<br><br>*Source: Potensic Atom user manual* |
| the mobile device is configured to run an application program related to the specific interaction in either in a background or a foreground of the mobile device, and | The accused product discloses the mobile device (e.g., a mobile device with Potensic Pro app installed) is configured to run an application program (e.g., Potensic Pro app) related to the specific interaction (e.g., defining waypoints, following waypoints path, etc.) in either in a background or a foreground (e.g., operates in active screen) of the mobile device (e.g., a mobile device with Potensic Pro app installed).<br><br>As shown below, the mobile device runs the Potensic Pro app for defining waypoints, and the app operates in the foreground during the process. |



https://play.google.com/store/apps/details?id=com.ipotensic.potensicpro&hl=en_US

https://play.google.com/store/apps/details?id=com.ipotensic.potensicpro&hl=en_US



https://www.youtube.com/watch?v=a-5vGM6g_Ts



running an application program in foreground

The drone will fly in sequence according to the waypoints, and once the mission is completed, it will hover at the last waypoint.

https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes

| | |
|---|---|
| the target communication device is configured to run a specific interaction related program, the specific interaction related program configured to send information to the mobile device in response to the | The accused product discloses the target communication device (e.g., the accused product) is configured to run a specific interaction (e.g. defining waypoints, following waypoints path, etc.) related program (e.g., Potensic Pro app), the specific interaction (e.g., defining waypoints) related program (e.g., Potensic Pro app) configured to send information (e.g., flight path, etc.) to the mobile device (e.g., a mobile device with Potensic Pro app installed) in response to the user (e.g., an owner of the accused product) providing an input (e.g., defining waypoints via the mobile device input to the accused product) to the target communication device (e.g., the accused product), the information (e.g., flight path, etc.) being associated with the specific interaction (e.g., defining waypoints, following waypoints path, etc.).<br><br>As shown below, the accused product runs its internal software that supports operations such as adjusting flight path. When a user sets or changes waypoints in the app, the data is sent from the mobile device to the accused product. Thus, when a user taps the 'GO' icon (e.g., |

| | |
|---|---|
| user providing an input to the target communication device, the information being associated with the specific interaction. | touch gesture detected on the mobile communication device) on the remote controller with Potensic Pro app, the accused product receives the user defined waypoints and automatically update its flight path. The accused product follows flight path and forwards tracking path to update stored flight log information at the server.<br><br><br><br>https://play.google.com/store/apps/details?id=com.ipotensic.potensicpro&hl=en_US |



**PotensicPro**

About this app

PotensicPro is a professional flight control application.
The App shows real-time video transmission, displays flight parameters and allows you to customize, shoots HD images and records videos, etc.

Main Characteristics:
1.GPS positioning, display the accurate position of the drone.
2. Map navigation, show map information and flight path.
3. Real-time HD video transmission, HD image and video recording.
4. Customize the flight parameters.
5. Intuitive and support intelligent flights.

https://play.google.com/store/apps/details?id=com.ipotensic.potensicpro&hl=en_US



https://www.youtube.com/watch?v=a-5vGM6g_Ts



https://www.youtube.com/watch?v=9DHGZSjl5LE

The Potensic ATOM drone offers an exciting array of **Intelligent Flight Modes**, including QuickShots, Visual Tracking, and Waypoint Flight. These modes allow you to capture cinematic footage with ease, making your flying experience more fun and professional. In this guide, we'll walk you through each intelligent flight mode and how to use them to get the best results.

https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes

# Waypoint Flight

Waypoint Flight mode lets you create a flight path by selecting 2-30 waypoints on a map, allowing the drone to fly autonomously along the planned route.

**How to Use Waypoint Flight:**

1. Tap the map icon in the flight interface to open the map.
2. Tap the waypoint icon to enter Waypoint Flight mode.
3. Pin 2-30 waypoints on the map, ensuring the path is clear of obstacles.
4. After confirming the route, tap **GO** to start the mission.

https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes

# Smarter Flying with the New Waypoint Feature

This latest firmware update for the **Potensic ATOM 2 drone** introduces a major new capability designed to elevate your aerial photography experience — **Waypoint.**

With the Waypoint feature, pilots can plan precise flight routes directly in the **Potensic Eve app** by setting multiple waypoints on the map. Once activated, ATOM 2 will automatically follow the preset path, maintaining stable altitude, speed, and camera movement throughout the flight. This significantly reduces manual control effort while delivering smooth, professional-looking footage — even for beginner pilots.

https://store.potensic.com/blogs/news/atom-2-wayponit-flight?srsltid=AfmBOorFVi5M9F5_moOryz4knokF2Q_VqmkwjX3wr34bPoFjAus68OA9



The drone will fly in sequence according to the waypoints, and once the mission is completed, it will hover at the last waypoint.

https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes

### 7.7.3 Waypoint Flight

| Description | When Waypoint Flight is enabled, you can pin 2 or more waypoint coordinates in App map, and the drone will fly over the corresponding waypoints sequentially. |
|---|---|
| | When the GPS signal is strong, tap the map in the lower left corner of the App to switch to map, then tap ⬡ on the right to enter Waypoint Flight mode, tap on the map to pin multiple waypoints, after that tap ⬤ to start Waypoint Flight. |

Source: Potensic Atom user manual

| | | |
|---|---|---|
| | **How to Start** |  |
| | | You can preset 2 to 30 waypoints on the map and the figure in the icon indicates the flight sequence. |
| | | Meanwhile, you can delete certain waypoint, save the current Waypoint Flight task, or choose from the saved Waypoint Flight tasks. |
| | *Source: Potensic Atom user manual* | |

## » 4.6 Flight Data

ATOM will record automatically the flight data and you can access it in the App.

Flight record displays the basic data for each flight.

Flight log records the detailed data of each flight. If you encounter any issue during the flight, you can report it in the App and upload the flight log if necessary to seek for assistance.

⚠ • **All flight data is stored on your mobile device, and the company will not obtain any of your flight data unless you voluntarily upload it to the cloud seeking for assistance.**

*Source: Potensic Atom user manual*