# Exhibit 4

Method Claim: 1

| US9288610 | Potensic Atom ("The accused product") |
|---|---|
| 1. A method for automatically changing information originating from at least one of a first user and a second user by using a communication device, the method comprising steps of: | The accused product discloses a method for automatically changing information (e.g., latest flight log information, etc.) originating from at least one of a first user (e.g., an owner of the accused product) and a second user by using a communication device (e.g., a remote controller of the accused product with Potensic Pro app). As shown below, the accused product allows a user to control it via a remote controller with Potensic Pro app. A waypoint is defined as a location on a map specified by a user to determine the flight path of the drone. The user can create waypoints through the Potensic Pro application by selecting desired positions on the map. The accused product follows the defined flight path, and its log information is updated at cloud via Potensic Pro app.  https://www.potensic.com/atom.html |

# Ultra-compact, Ultra-stable

ATOM is a lightweight (< 249 g) yet powerful drone, capturing stunning 4K video and 12MP stills with its stabilized 3-axis gimbal camera. It offers ultra-smooth footage, a 32-min battery life, a 6 km transmission range, and advanced intelligent flying features, making it ideal for both aerial photos and videos.





< 249 g / 0.55 lbs

32-Minute Max Flight Time

Max 6 km Control Range

4K 3-Axis Gimbal Camera

Ultra-Precise GNSS Positioning

QuickShots

https://www.potensic.com/atom.html

## ≫ 5.1 Overview

Potensic ATOM is equipped with the DSRC02A remote controller, which boasts Potensic long-range **PixSync™ 3.0** video transmission technology, offering a maximum transmission range of 6km/19,685ft and 720p when displaying video from the drone to PotensicPro App on your mobile device. Easily control the drone and camera using the onboard buttons. The detachable control sticks make the remote controller easier to store. Thanks to the 2.4Ghz dual band antenna, in a wide-open area with no electromagnetic interference, **PixSync™ 3.0** smoothly transmits video feed at up to 720p at a max altitude of 120m.

https://www.bhphotovideo.com/lit_files/1197282.pdf



https://www.youtube.com/watch?v=9DHGZSjI5LE

The Potensic ATOM drone offers an exciting array of **Intelligent Flight Modes**, including QuickShots, Visual Tracking, and Waypoint Flight. These modes allow you to capture cinematic footage with ease, making your flying experience more fun and professional. In this guide, we'll walk you through each intelligent flight mode and how to use them to get the best results.

https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes

# Waypoint Flight

Waypoint Flight mode lets you create a flight path by selecting 2-30 waypoints on a map, allowing the drone to fly autonomously along the planned route.

**How to Use Waypoint Flight:**

1. Tap the map icon in the flight interface to open the map.
2. Tap the waypoint icon to enter Waypoint Flight mode.
3. Pin 2-30 waypoints on the map, ensuring the path is clear of obstacles.
4. After confirming the route, tap **GO** to start the mission.

https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes

# Smarter Flying with the New Waypoint Feature

This latest firmware update for the **Potensic ATOM 2 drone** introduces a major new capability designed to elevate your aerial photography experience — **Waypoint.**

With the Waypoint feature, pilots can plan precise flight routes directly in the **Potensic Eve app** by setting multiple waypoints on the map. Once activated, ATOM 2 will automatically follow the preset path, maintaining stable altitude, speed, and camera movement throughout the flight. This significantly reduces manual control effort while delivering smooth, professional-looking footage — even for beginner pilots.

https://store.potensic.com/blogs/news/atom-2-wayponit-flight?srsltid=AfmBOorFVi5M9F5_moOryz4knokF2Q_VqmkwjX3wr34bPoFjAus68OA9

As shown below, the user defines the waypoint (e.g., information generating from the first user) on the map through the Potensic Pro app, and the remote controller sends the waypoint data to the accused product.



The drone will fly in sequence according to the waypoints, and once the mission is completed, it will hover at the last waypoint.

https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes

As shown below, the accused product receives the defined waypoints and automatically updates the flight path (e.g., automatically changing information).

### 7.7.3 Waypoint Flight

| Description | When Waypoint Flight is enabled, you can pin 2 or more waypoint coordinates in App map, and the drone will fly over the corresponding waypoints sequentially. |
|---|---|
| | When the GPS signal is strong, tap the map in the lower left corner of the App to switch to map, then tap ⟳ on the right to enter Waypoint Flight mode, tap on the map to pin multiple waypoints, after that tap GO to start Waypoint Flight.<br><br> |

Source: Potensic Atom user manual

| | | |
|---|---|---|
| | **How to Start** |  |
| | | You can preset 2 to 30 waypoints on the map and the figure in the icon indicates the flight sequence. |
| | | Meanwhile, you can delete certain waypoint, save the current Waypoint Flight task, or choose from the saved Waypoint Flight tasks. |
| | *Source: Potensic Atom user manual* | |

<table>
<tr>
<td></td>
<td>

**&gt;&gt; 4.6 Flight Data**

ATOM will record automatically the flight data and you can access it in the App.

Flight record displays the basic data for each flight.

Flight log records the detailed data of each flight. If you encounter any issue during the flight, you can report it in the App and upload the flight log if necessary to seek for assistance.

⚠ **• All flight data is stored on your mobile device, and the company will not obtain any of your flight data unless you voluntarily upload it to the cloud seeking for assistance.**

*Source: Potensic Atom user manual*

</td>
</tr>
<tr>
<td>

(a) a first communication device of the first user searching for at least one second communication device of at least one second user as a target with which to perform a specific interaction within a predetermined distance therefrom or searching for at least one second communication device connected to an access point

</td>
<td>

The accused product discloses a first communication device (e.g., a remote controller of the accused product with Potensic Pro app) of the first user (e.g., an owner of the accused product) searching for at least one second communication device (e.g., the accused product) of at least one second user as a target with which to perform a specific interaction (e.g., e.g., defining waypoints, following waypoints path, etc.) within a predetermined distance (e.g., distance between the remote controller and the accused product) therefrom or searching for at least one second communication device connected to an access point (AP), an ad-hoc network, or a base station of a cellular network to which the first communication device is connected.

As shown below, the remote controller (e.g., a first communication device) searches for the accused product (e.g., a second communication device) within a predefined range of 1m (e.g., a predetermined distance) during the pairing process to establish a connection. Further, when the user defines waypoints (e.g., a specific interaction) on the app, the accused product receives the waypoints and adjusts flight path automatically.

</td>
</tr>
</table>

| | |
|---|---|
| (AP), an ad-hoc network, or a base station of a cellular network to which the first communication device is connected; | **8.5.2 Drone Re-paring Procedure**<br><br>1. Turn on the remote controller, and connect the mobile device, tap Settings in the App, select "Calibration", tap "Re-paring the drone" to re-pair.<br><br>2. Power on the drone and long press the power button till the drone status indicators flash green, the drone is ready to pairing.<br><br>3. Wait for about 7s, the paring succeeds when the controller beeps "Di", then you can view the live transmission on the App interface.<br><br>—— 34 ——<br><br>https://www.bhphotovideo.com/lit_files/1197282.pdf<br><br>**a predetermined distance**<br><br>⚠ • Make sure the distance between the remote controller and the drone is within 1m (3.3ft) and away from other 2.4G frequency interference during the frequency pairing process.<br>• If the pairing has failed, please check if there is any interference from the current location, if any other drones are under pairing, or if the distance is too far between the remote controller and the drone or any blocks between them. If none of the above, please try the pairing procedures again.<br>• Do not move or operate the drone and controller during the frequency pairing process.<br><br>https://www.bhphotovideo.com/lit_files/1197282.pdf |



https://www.youtube.com/watch?v=9DHGZSjl5LE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

⚠ • Make sure to fully charge the mobile device prior to flight, because the power of the mobile device will
be consumed even if it is charged by the remote controller.
• Mobile cellular data is required when using the PotensicPro App. Please contact your wireless carrier
for data charges.
• While using the App, make sure to read and master the pop-up prompts and warning information of
App to know the current status of the drone.

https://www.bhphotovideo.com/lit_files/1197282.pdf

| (a0) selecting at least one specific second communication device from among the searched at least one second communication device to change the user-originating information; | The accused product discloses selecting at least one specific second communication device (e.g., selecting the detected accused product) from among the searched at least one second communication device (e.g., nearby drones) to change the user-originating information (e.g., waypoint coordinates, etc.).<br><br>As shown below, the accused product is selected by the remote controller from among detected devices during pairing. A connection is then established to modify its flight path as per user defined waypoints.<br><br>**8.5.2 Drone Re-paring Procedure**<br>1. Turn on the remote controller, and connect the mobile device, tap Settings in the App, select "Calibration", tap "Re-paring the drone" to re-pair.<br>2. Power on the drone and long press the power button till the drone status indicators flash green, the drone is ready to pairing.<br>3. Wait for about 7s, the paring succeeds when the controller beeps "Di", then you can view the live transmission on the App interface.<br><br>—— 34 ——<br><br>https://www.bhphotovideo.com/lit_files/1197282.pdf<br><br>⚠ • Make sure the distance between the remote controller and the drone is within 1m (3.3ft) and away from other 2.4G frequency interference during the frequency pairing process.<br>• If the pairing has failed, please check if there is any interference from the current location, if any other drones are under pairing, or if the distance is too far between the remote controller and the drone or any blocks between them. If none of the above, please try the pairing procedures again.<br>• Do not move or operate the drone and controller during the frequency pairing process.<br><br>https://www.bhphotovideo.com/lit_files/1197282.pdf |



https://www.youtube.com/watch?v=9DHGZSjl5LE



https://www.youtube.com/watch?v=a-5vGM6g_Ts

| (b) the first communication device transmitting to, or receiving from, the specific second communication device data related to a specific interaction, if a specified touch | The accused product discloses the first communication device (e.g., a remote controller of the accused product with Potensic Pro app) transmitting to (e.g., transmitting user defined waypoints to the accused product), or receiving from, the specific second communication device data (e.g., the accused product) related to a specific interaction (e.g., e.g., defining waypoints, following waypoints path, etc.), if a specified touch gesture (e.g., tapping 'GO' icon) is detected in the first communication device (e.g., a remote controller of the accused product with Potensic Pro app). <br><br> As shown below, when a user taps the 'GO' icon (e.g., touch gesture detected on the first communication device) on the remote controller with Potensic Pro app, the accused product receives the user defined waypoints and automatically adjusts the flight path. |
|---|---|

| | |
|---|---|
| gesture is detected in the first communication device; and<br><br>**Col 4: lines 33-37**<br><br>*First, the touch screen 210 may perform a function of receiving a touch gesture from the user. The touch screen 210 reads a touch position of the user. The control part 250 may determine a type of touch gesture, e.g., tap, long-press, drag, or swipe gestures, by using the read touch position.* | The Potensic ATOM drone offers an exciting array of **Intelligent Flight Modes**, including QuickShots, Visual Tracking, and Waypoint Flight. These modes allow you to capture cinematic footage with ease, making your flying experience more fun and professional. In this guide, we'll walk you through each intelligent flight mode and how to use them to get the best results.<br><br>https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes<br><br>## Waypoint Flight<br><br>Waypoint Flight mode lets you create a flight path by selecting 2-30 waypoints on a map, allowing the drone to fly autonomously along the planned route.<br><br>**How to Use Waypoint Flight:**<br><br>1. Tap the map icon in the flight interface to open the map.<br>2. Tap the waypoint icon to enter Waypoint Flight mode.<br>3. Pin 2-30 waypoints on the map, ensuring the path is clear of obstacles.<br>4. After confirming the route, tap **GO** to start the mission.<br><br>https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes |

### 7.7.3 Waypoint Flight

| Description | When Waypoint Flight is enabled, you can pin 2 or more waypoint coordinates in App map, and the drone will fly over the corresponding waypoints sequentially. |
| --- | --- |
| | When the GPS signal is strong, tap the map in the lower left corner of the App to switch to map, then tap ⟲ on the right to enter Waypoint Flight mode, tap on the map to pin multiple waypoints, after that tap (GO) to start Waypoint Flight. |

*Source: Potensic Atom user manual*

| | | **How to Start** |  |
| | | | You can preset 2 to 30 waypoints on the map and the figure in the icon indicates the flight sequence. |
| | | | Meanwhile, you can delete certain waypoint, save the current Waypoint Flight task, or choose from the saved Waypoint Flight tasks. |
| | | | *Source: Potensic Atom user manual* |

## Smarter Flying with the New Waypoint Feature

This latest firmware update for the **Potensic ATOM 2 drone** introduces a major new capability designed to elevate your aerial photography experience — **Waypoint.**

With the Waypoint feature, pilots can plan precise flight routes directly in the **Potensic Eve app** by setting multiple waypoints on the map. Once activated, ATOM 2 will automatically follow the preset path, maintaining stable altitude, speed, and camera movement throughout the flight. This significantly reduces manual control effort while delivering smooth, professional-looking footage — even for beginner pilots.

https://store.potensic.com/blogs/news/atom-2-wayponit-flight?srsltid=AfmBOorFVi5M9F5_moOryz4knokF2Q_VqmkwjX3wr34bPoFjAus68OA9

As shown below, when a user taps the 'GO' icon (e.g., touch gesture detected on the first communication device) on the remote controller with Potensic Pro app, the accused product receives the user defined waypoints and automatically update its flight path.



The drone will fly in sequence according to the waypoints, and once the mission is completed, it will hover at the last waypoint.

https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes

| (c) at least one of the first and the second communication devices allowing a server to update the information originating from at least one of the first user and the second user stored in the server or a storage device | The accused product discloses at least one of the first (e.g., a remote controller of the accused product with Potensic Pro app) and the second communication devices (e.g., the accused product) allowing a server (e.g., Potensic servers, etc.) to update the information (e.g., flight log, flight track, etc.) originating from at least one of the first user (e.g., an owner of the accused product) and the second user stored in the server (e.g., Potensic servers, etc.) or a storage device interacted with the server by referring to the transmitted data (e.g., waypoint data) related to the specific interaction (e.g., e.g., defining waypoints, following waypoints path, etc.).

As shown below, when a user sets or changes waypoints in the app, the data is sent from the mobile device to the accused product via a remote server. As shown below, the mobile device receives data such as waypoint track path from the accused product. Further, the mobile device transmits the flight tracking and path to a server for further processing. The server |

| interacted with the server by referring to the transmitted data related to the specific interaction, | uses the transmitted data to update user-related information such as latest flight log information.  https://www.youtube.com/watch?v=9DHGZSjl5LE |

## Smarter Flying with the New Waypoint Feature

This latest firmware update for the **Potensic ATOM 2 drone** introduces a major new capability designed to elevate your aerial photography experience — **Waypoint.**

With the Waypoint feature, pilots can plan precise flight routes directly in the **Potensic Eve app** by setting multiple waypoints on the map. Once activated, ATOM 2 will automatically follow the preset path, maintaining stable altitude, speed, and camera movement throughout the flight. This significantly reduces manual control effort while delivering smooth, professional-looking footage — even for beginner pilots.

https://store.potensic.com/blogs/news/atom-2-wayponit-flight?srsltid=AfmBOorFVi5M9F5_moOryz4knokF2Q_VqmkwjX3wr34bPoFjAus68OA9

The Potensic ATOM drone offers an exciting array of **Intelligent Flight Modes**, including QuickShots, Visual Tracking, and Waypoint Flight. These modes allow you to capture cinematic footage with ease, making your flying experience more fun and professional. In this guide, we'll walk you through each intelligent flight mode and how to use them to get the best results.

https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes

# Waypoint Flight

Waypoint Flight mode lets you create a flight path by selecting 2-30 waypoints on a map, allowing the drone to fly autonomously along the planned route.

**How to Use Waypoint Flight:**

1. Tap the map icon in the flight interface to open the map.
2. Tap the waypoint icon to enter Waypoint Flight mode.
3. Pin 2-30 waypoints on the map, ensuring the path is clear of obstacles.
4. After confirming the route, tap **GO** to start the mission.

https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes

### 7.7.3 Waypoint Flight

| Description | When Waypoint Flight is enabled, you can pin 2 or more waypoint coordinates in App map, and the drone will fly over the corresponding waypoints sequentially. |
|---|---|
| | When the GPS signal is strong, tap the map in the lower left corner of the App to switch to map, then tap ⚙ on the right to enter Waypoint Flight mode, tap on the map to pin multiple waypoints, after that tap ⬤ to start Waypoint Flight. |

Source: Potensic Atom user manual

| | **How to Start** |  |
| | | You can preset 2 to 30 waypoints on the map and the figure in the icon indicates the flight sequence. |
| | | Meanwhile, you can delete certain waypoint, save the current Waypoint Flight task, or choose from the saved Waypoint Flight tasks. |
| | | *Source: Potensic Atom user manual* |

# Smarter Flying with the New Waypoint Feature

This latest firmware update for the **Potensic ATOM 2 drone** introduces a major new capability designed to elevate your aerial photography experience — **Waypoint.**

With the Waypoint feature, pilots can plan precise flight routes directly in the **Potensic Eve app** by setting multiple waypoints on the map. Once activated, ATOM 2 will automatically follow the preset path, maintaining stable altitude, speed, and camera movement throughout the flight. This significantly reduces manual control effort while delivering smooth, professional-looking footage — even for beginner pilots.

https://store.potensic.com/blogs/news/atom-2-wayponit-flight?srsltid=AfmBOorFVi5M9F5_moOryz4knokF2Q_VqmkwjX3wr34bPoFjAus68OA9



The drone will fly in sequence according to the waypoints, and once the mission is completed, it will hover at the last waypoint.

https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes

|  | **4.6 Flight Data**<br>ATOM will record automatically the flight data and you can access it in the App.<br>Flight record displays the basic data for each flight.<br>Flight log records the detailed data of each flight. If you encounter any issue during the flight, you can report it in the App and upload the flight log if necessary to seek for assistance.<br><br>⚠ • **All flight data is stored on your mobile device, and the company will not obtain any of your flight data unless you voluntarily upload it to the cloud seeking for assistance.**<br><br>*Source: Potensic Atom user manual* |
|---|---|
| wherein the first communication device searches for the at least one second communication device based on whether the at least one second communication device has a certain application program that is related to the specific interaction, and | The accused product discloses wherein the first communication device (e.g., a remote controller of the accused product with Potensic Pro app) searches for the at least one second communication device (e.g., the accused product) based on whether the at least one second communication device (e.g., the accused product) has a certain application program (e.g., a flight path module of the accused product) that is related to the specific interaction (e.g., defining waypoints, etc.).<br><br>As shown below, the remote controller with Potensic Pro app checks the accused product's internal flight path module (e.g., a certain application program) after a connection is established. When a user sets or changes waypoints in the app, the data is sent from the mobile device to the accused product.<br><br>The Potensic ATOM drone offers an exciting array of **Intelligent Flight Modes**, including QuickShots, Visual Tracking, and Waypoint Flight. These modes allow you to capture cinematic footage with ease, making your flying experience more fun and professional. In this guide, we'll walk you through each intelligent flight mode and how to use them to get the best results.<br><br>https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes |

# Waypoint Flight

Waypoint Flight mode lets you create a flight path by selecting 2-30 waypoints on a map, allowing the drone to fly autonomously along the planned route.

**How to Use Waypoint Flight:**

1. Tap the map icon in the flight interface to open the map.
2. Tap the waypoint icon to enter Waypoint Flight mode.
3. Pin 2-30 waypoints on the map, ensuring the path is clear of obstacles.
4. After confirming the route, tap **GO** to start the mission.

https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes

# Smarter Flying with the New Waypoint Feature

This latest firmware update for the **Potensic ATOM 2 drone** introduces a major new capability designed to elevate your aerial photography experience — **Waypoint.**

With the Waypoint feature, pilots can plan precise flight routes directly in the **Potensic Eve app** by setting multiple waypoints on the map. Once activated, ATOM 2 will automatically follow the preset path, maintaining stable altitude, speed, and camera movement throughout the flight. This significantly reduces manual control effort while delivering smooth, professional-looking footage — even for beginner pilots.

https://store.potensic.com/blogs/news/atom-2-wayponit-flight?

srsltid=AfmBOorFVi5M9F5_moOryz4knokF2Q_VqmkwjX3wr34bPoFjAus68OA9

As shown below, the user defines the waypoint (e.g., information generating from the first user) on the map through the Potensic Pro app, and the remote controller sends the waypoint data to the accused product.



The drone will fly in sequence according to the waypoints, and once the mission is completed, it will hover at the last waypoint.

https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes

As shown below, the accused product receives the defined waypoints and automatically updates the flight path (e.g., automatically changing information).

### 7.7.3 Waypoint Flight

| Description | When Waypoint Flight is enabled, you can pin 2 or more waypoint coordinates in App map, and the drone will fly over the corresponding waypoints sequentially. |
|---|---|
|  | When the GPS signal is strong, tap the map in the lower left corner of the App to switch to map, then tap ⟳ on the right to enter Waypoint Flight mode, tap on the map to pin multiple waypoints, after that tap 🟢 to start Waypoint Flight. |

*Source: Potensic Atom user manual*

| | **How to Start** |  |
|---|---|---|
| | | You can preset 2 to 30 waypoints on the map and the figure in the icon indicates the flight sequence. |
| | | Meanwhile, you can delete certain waypoint, save the current Waypoint Flight task, or choose from the saved Waypoint Flight tasks. |
| | *Source: Potensic Atom user manual* | |
| wherein the first communication device selects the specific second communication device where the | The accused product discloses wherein the first communication device (e.g., a remote controller of the accused product with Potensic Pro app) selects the specific second communication device (e.g., the accused product) where the certain application (e.g., a flight path module of the accused product) is turned on in either the background (e.g., internal process) or the foreground, if there are multiple second communication devices (e.g., nearby drones) searched. | |

| | |
|---|---|
| certain application is turned on in either the background or the foreground, if there are multiple second communication devices searched. | The Potensic ATOM drone offers an exciting array of **Intelligent Flight Modes**, including QuickShots, Visual Tracking, and Waypoint Flight. These modes allow you to capture cinematic footage with ease, making your flying experience more fun and professional. In this guide, we'll walk you through each intelligent flight mode and how to use them to get the best results.<br><br>https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes<br><br>## Waypoint Flight<br><br>Waypoint Flight mode lets you create a flight path by selecting 2-30 waypoints on a map, allowing the drone to fly autonomously along the planned route.<br><br>**How to Use Waypoint Flight:**<br><br>1. Tap the map icon in the flight interface to open the map.<br>2. Tap the waypoint icon to enter Waypoint Flight mode.<br>3. Pin 2-30 waypoints on the map, ensuring the path is clear of obstacles.<br>4. After confirming the route, tap **GO** to start the mission.<br><br>https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes |

# Smarter Flying with the New Waypoint Feature

This latest firmware update for the **Potensic ATOM 2 drone** introduces a major new capability designed to elevate your aerial photography experience — **Waypoint.**

With the Waypoint feature, pilots can plan precise flight routes directly in the **Potensic Eve app** by setting multiple waypoints on the map. Once activated, ATOM 2 will automatically follow the preset path, maintaining stable altitude, speed, and camera movement throughout the flight. This significantly reduces manual control effort while delivering smooth, professional-looking footage — even for beginner pilots.

https://store.potensic.com/blogs/news/atom-2-wayponit-flight?srsltid=AfmBOorFVi5M9F5_moOryz4knokF2Q_VqmkwjX3wr34bPoFjAus68OA9



The drone will fly in sequence according to the waypoints, and once the mission is completed, it will hover at the last waypoint.

https://store.potensic.com/blogs/news/how-to-use-atom-drone-intelligent-flight-modes

### 7.7.3 Waypoint Flight

| Description | When Waypoint Flight is enabled, you can pin 2 or more waypoint coordinates in App map, and the drone will fly over the corresponding waypoints sequentially. |
|---|---|
|  | When the GPS signal is strong, tap the map in the lower left corner of the App to switch to map, then tap ![icon] on the right to enter Waypoint Flight mode, tap on the map to pin multiple waypoints, after that tap ![GO] to start Waypoint Flight. |

*Source: Potensic Atom user manual*

| | | |
|---|---|---|
| | **How to Start** | <br><br>You can preset 2 to 30 waypoints on the map and the figure in the icon indicates the flight sequence.<br><br>Meanwhile, you can delete certain waypoint, save the current Waypoint Flight task, or choose from the saved Waypoint Flight tasks. |
| | *Source: Potensic Atom user manual* | |

## ≫ 4.6 Flight Data

ATOM will record automatically the flight data and you can access it in the App.

Flight record displays the basic data for each flight.

Flight log records the detailed data of each flight. If you encounter any issue during the flight, you can report it in the App and upload the flight log if necessary to seek for assistance.

⚠ • **All flight data is stored on your mobile device, and the company will not obtain any of your flight data unless you voluntarily upload it to the cloud seeking for assistance.**

*Source: Potensic Atom user manual*